**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Elm Street Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-1661757** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**415 7th Street**<br>**Santa Monica, CA**<br>ZIPCODE **90402** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**304 S. Elm Dr., Beverly Hills, CA**     ZIPCODE **90212**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Elm Street Partners, LLC** |
|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Elm Street Partners, LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br><br>**James R. Selth 123420**<br>**Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA  90025**<br>**(310) 207-1494  Fax: (310) 442-0660**<br><br><br>**March  9, 2011**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>**Denis Hann**<br>Printed Name of Authorized Individual<br>Managing Member of Queenie Properties, LLC,<br>Manager of Elm Street Partners, LLC<br>Title of Authorized Individual<br><br>**March  9, 2011**<br>Date | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James R. Selth 123420<br>Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br>Tele: (310) 207-1494  Fax: (310) 442-0660<br><br>☑ Attorney for | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Elm Street Partners, LLC**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Other: _____       Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____       **March  9, 2011**_____
Signature of Authorized Signatory of Filing Party       Date

**Denis Hann**_____
Printed Name of Authorized Signatory of Filing Party
_Managing Member of Queenie Properties, LLC,_
_Manager of Elm Street Partners, LLC_____
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____       **March  9, 2011**_____
Signature of Attorney for Filing Party       Date

**James R. Selth**_____
Printed Name of Attorney for Filing Party

_This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California._

November 2006

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| James R. Selth - Bar #132420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Ste. 1170<br>Los Angeles, CA 90025<br>Tel: (310) 207-1494<br>Fax: (310) 422-0660<br><br>[X] Attorney for: Debtor, ELM STREET PARTNERS, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: ELM STREET PARTNERS, LLC | CASE NO.: |
|---|---|
| | ADV. NO.: |
| Debtor(s), | CHAPTER: 11 |
| Plaintiff(s), | |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>Denis Hann</u>, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    [X] I am the president or other officer or an authorized agent of the debtor corporation

    [ ] I am a party to an adversary proceeding

    [ ] I am a party to a contested matter

    [ ] I am the attorney for the debtor corporation

2. a.  [X] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*
    1) Tamkin Family Ltd. Partnership – 12.6930% Membership Interest
    2) Queenie Properties, LLC – 13.8451% Membership Interest

  b.  [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    March 9, 2011
Signature of Attorney or Declarant    Date

<u>Denis Hann</u>  Managing Member of Queenie Properties, LLC,
Manager of Elm Street Partners, LLC
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                        **F 1007-4**
                                                     F10074

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                          Case No. _____

Elm Street Partners, LLC                                                        Chapter **11** _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Jeffrey Segal**<br>9200 West Sunset Blvd., 9th Floor<br>Los Angeles, CA 90069 | | Legal Fees | | 90,000.00 |
| **The Floor Club**<br>8431 Canoga Ave., Ste. A<br>Canoga Park, CA 91304 | | Fees | | 19,938.38 |
| **IZ Construction, Inc.**<br>12165 Branford St. #Q<br>Sun Valley, CA 91352 | | Fees | | 12,962.65 |
| **Emanuel Napolitano**<br>16218 Halin St.<br>Lake Balboa, CA 91406 | | Fees | | 12,400.00 |
| **Imperial Windows & Doors**<br>8588 Washington Blvd.<br>Culver City, CA 90232 | | Fees | | 10,490.07 |
| **KCE Matrix**<br>1648 W. Glenoaks Blvd.<br>Glendale, CA 91201 | | Fees | | 8,222.13 |
| **AJ Plumbing**<br>1109 N. La Brea Ave.<br>Inglewood, CA 90302 | | Fees | | 7,600.00 |
| **Steve Revit**<br>Raiskin & Revitz<br>2049 Century Park East, Ste. 3110<br>Los Angeles, CA 90067 | | Legal Fees | | 6,900.00 |
| **Altered Glass, Inc.**<br>661 Imperial St.<br>Los Angeles, CA 90021 | | Association Dues | | 6,168.00 |
| **Allen Robert Block**<br>1880 Century Park East, Ste. 415<br>Los Angeles, CA 90067 | | Legal Fees | | 4,500.00 |
| **Sign Zone**<br>4873 Melrose Ave.<br>Los Angeles, CA 90029 | | Fees | | 4,013.86 |
| **MC Landcorp**<br>132 W. Ellis Ave.<br>Inglewood, CA 90302 | | Fees | | 3,364.60 |
| **Laura Schwartz Design**<br>23742 Fitzgerald St.<br>West Hills, CA 91403 | | Fees | | 3,200.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Sandra Gottlieb**<br>**Swedelson & Gottlieb**<br>**11900 West Olympic Blvd., Ste. 700**<br>**Los Angeles, CA  90064** | Legal Fees | **3,000.00** |
| **Tycho Services**<br>**4405 Riverside Dr., Ste. 101**<br>**Burbank, CA  91505** | Fees | **2,431.00** |
| **Veneklasen Associates**<br>**1711 16th St.**<br>**Santa Monica, CA  90404** | Fees | **2,350.00** |
| **Performance Elevator**<br>**457 W. Allen Ave., Ste. 113**<br>**San Dimas, CA 91773** | Fees | **1,623.00** |
| **NE Design**<br>**15118 La Maida St.**<br>**Sherman Oaks, CA 91403** | Fees | **1,326.00** |
| **JZ Terrazzo**<br>**9503 Gidley St.**<br>**Temple City, CA  91780** | Fees | **1,264.00** |
| **Rick's Gate Works**<br>**8724 Remmet Ave.91304-1528**<br>**Canoga Park, CA  91304** | Fees | **882.30** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __March  9, 2011__          Signature: _____

Managing Member of Queenie Properties, LLC,
__Denis Hann,__  Manager of Elm Street Partners, LLC

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                     Case No. _____

Elm Street Partners, LLC _____   Chapter **11** _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Adam Silbar**<br>**5554 Reseda Blvd., #202**<br>**Tarzana, CA  91356** | **1.449900** | **Member** |
| **Afilliated Capital Resources Defined**<br>**Benefit Pension Plan**<br>**1349 Franklin St.**<br>**Santa Monica, CA  90404** | **5.331400** | **Member** |
| **Anil Chandwani Revocable Trust**<br>**701 Ocean Ave.**<br>**Santa Monica, CA  90404** | **1.066300** | **Member** |
| **Arcangeli Family 1992**<br>**Recovable Declaration Of Trust**<br>**459 21st Place**<br>**Santa Monica, CA  90402** | **6.922200** | **Member** |
| **Brett Silver**<br>**1734 S. Westgate Ave.**<br>**Los Angeles, CA  90025** | **1.144600** | **Member** |
| **Cahoot Partners, LLC**<br>**C/O Brian Stocker**<br>**1138 20th St., #9**<br>**Santa Monica, CA  90403** | **9.610200** | **Member** |
| **Charles Pence Retirement Trust**<br>**2602 33rd St.**<br>**Santa Monica, CA  90405** | **4.800400** | **Member** |
| **Deborah Irmas**<br>**243 23rd St.**<br>**Santa Monica, CA  90402** | **1.454700** | **Member** |
| **Denyse Orvis**<br>**12500 Indianapolis St.**<br>**Los Angeles, CA  90066** | **0.946800** | **Member** |
| **Ester, Carol & Jeff**<br>**471 16th Street**<br>**Santa Monica, CA  90403** | **5.448600** | **Member** |
| **Jason Pence**<br>**2602 33rd St.**<br>**Santa Monica, CA  90405** | **0.557300** | **Member** |
| **Joan & Harold Kern**<br>**9401 Wilshire Blvd., Ste. 700**<br>**Beverly Hills, CA  90212** | **1.169500** | **Member** |
| **John Clinton Hathorn Retirement Trust**<br>**30616 Rayo Del Sol**<br>**Malibu, CA  90265** | **1.831400** | **Member** |
| **Joshua Pence**<br>**2602 33rd St.**<br>**Santa Monica, CA  90405** | **0.784300** | **Member** |
| **Lewis Abulafia**<br>**1731 Bruce Rd.**<br>**Carlsbad, CA  92008** | **2.182000** | **Member** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name / Address | Interest | Status |
|---|---|---|
| **Lorraine Silver**<br>**1308 California Ave., #34**<br>**Santa Monica, CA  90403** | 2.080100 | **Member** |
| **Maxine Geller**<br>**P.O. Box 675707**<br>**Rancho Sante Fe, CA  92067** | 1.454700 | **Member** |
| **Melissa Harrub Alt Defined Benefit**<br>**Pension Plan**<br>**8928 Carson St.**<br>**Culver City, CA  90232** | 1.293500 | **Member** |
| **Michael Glasser**<br>**122 Channel Point Mall**<br>**Marina Del Rey, CA  90292** | 0.832100 | **Member** |
| **Nili Hudson**<br>**3440 Wade St.**<br>**Los Angeles, CA  90066** | 1.161500 | **Member** |
| **Paula Abulafia**<br>**1731 Bruce Rd.**<br>**Carlsbad, CA  92008** | 2.182000 | **Member** |
| **Queenie Properties, LLC**<br>**415 7th St.**<br>**Santa Monica, CA  90402** | 13.845100 | **Member** |
| **Rebecca W. Stocker**<br>**1138 20th St., #9**<br>**Santa Monica, CA  90403** | 2.118800 | **Member** |
| **Ron F. Smith**<br>**169 N. Canyon View Dr.**<br>**Los Angeles, CA  90049** | 1.040100 | **Member** |
| **Rosanna Locke**<br>**2650 33rd St.**<br>**Santa Monica, CA  90405** | 1.163700 | **Member** |
| **Shilyansky MD, Inc.**<br>**Defined Benefit Pension Plan**<br>**803 Winston Ave.**<br>**San Marino, CA  91108** | 5.928400 | **Member** |
| **Stanley Goldenberg**<br>**841 Stanford**<br>**Santa Monica, CA  90403** | 4.401800 | **Member** |
| **Survivors Trust Under**<br>**The Diamond-Johnson Familty Trust**<br>**12244 Dorothy St.**<br>**Los Angeles, CA  90049** | 4.273500 | **Member** |
| **Tamkin Family Ltd. Partnership**<br>**2100 Sawtelle Blvd., Ste. 201**<br>**Los Angeles, CA  90025** | 12.693000 | **Member** |
| **Veronica Klein**<br>**979 S. Carmelina Ave.**<br>**Los Angeles, CA  90049** | 0.832100 | **Member** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles, California.
Dated: March  9, 2011

Managing Member of Queenie Properties, LLC, Manager of Elm Street Partners, LLC

*Debtor*

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# F 1015-2.1

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                        Case No. _____

Elm Street Partners, LLC _____    Chapter **11** _____
                                    Debtor(s)

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**11** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **March  9, 2011** _____    Signature: _____

                                    Denis Hann,  Managing Member of Queenie Properties, LLC,         Debtor
                                    Manager of Elm Street Partners, LLC

Date: _____    Signature: _____

                                                                    Joint Debtor, if any

Date: **March  9, 2011** _____    Signature: _____

                                    James R. Selth 123420                        Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Elm Street Partners LLC
415 7th Street
Santa Monica, CA  90402


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025

Adam Silbar
5554 Reseda Blvd #202
Tarzana, CA  91356


Afilliated Capital Resources Defined
Benefit Pension Plan
1349 Franklin St
Santa Monica, CA  90404


AJ Plumbing
1109 N La Brea Ave
Inglewood, CA  90302


Allen Robert Block
1880 Century Park East Ste 415
Los Angeles, CA  90067


Altered Glass Inc
661 Imperial St
Los Angeles, CA  90021


Andy Gump
26410 Summit Circle
Santa Clarita, CA  91350


Anil Chandwani Revocable Trust
701 Ocean Ave
Santa Monica, CA  90404


Arcangeli Family 1992
Recovable Declaration Of Trust
459 21st Place
Santa Monica, CA  90402

Brett Silver
1734 S Westgate Ave
Los Angeles, CA  90025


Brothers Concrete Cutting
13316 Berg Street
Sylmar, CA  91345


Cahoot Partners LLC
C/O Brian Stocker
1138 20th St #9
Santa Monica, CA  90403


Charles Pence Retirement Trust
2602 33rd St
Santa Monica, CA  90405


CJ Design Group
163950 Calahan St
Northridge, CA  91343


Clifford Muller
14200 Ventura Blvd Ste 206
Sherman Oaks, CA  91423


Construction Management And Supervision
14200 Ventura Blvd #206
Sherman Oaks, CA  91423


Craig Fire Protection Co Inc
1044 W First St
Pomona, CA  91766


Deborah Irmas
243 23rd St
Santa Monica, CA  90402

Denyse Orvis
12500 Indianapolis St
Los Angeles, CA  90066


Eaglestone Pacific
15942 Arminta St
Van Nuys, CA  91406


Emanuel Napolitano
16218 Halin St
Lake Balboa, CA  91406


Ester Carol & Jeff
471 16th Street
Santa Monica, CA  90403


Express Flooring 2000 dba Roma Flooring
1440 S State College Blvd #6M
Anaheim, CA  92806


First Citizens Bank
1801 Century Park East
Los Angeles, CA  90067


Hakim Electric
5618 Venice Blvd
Los Angeles, CA  90019


Imperial Windows & Doors
8588 Washington Blvd
Culver City, CA  90232


IZ Construction Inc
12165 Branford St #Q
Sun Valley, CA  91352

JAD Roofing
10929 Vanowen St Ste 134
North Hollywood, CA  91605


James Guthrie Jr
Charter Equities Group
3146 Redhill Ave Ste 200
Costa Mesa, CA  92626


Jason Pence
2602 33rd St
Santa Monica, CA  90405


Jeffrey Segal
9200 West Sunset Blvd 9th Floor
Los Angeles, CA  90069


Joan & Harold Kern
9401 Wilshire Blvd Ste 700
Beverly Hills, CA  90212


Joe And Caron Block
716 26th Street
Santa Monica, CA  90402


John Clinton Hathorn Retirement Trust
30616 Rayo Del Sol
Malibu, CA  90265


Joseph D Block
9200 W Sunset Blvd 9th Floor
Los Angeles, CA  90069


Joshua Pence
2602 33rd St
Santa Monica, CA  90405

JZ Terrazzo
9503 Gidley St
Temple City, CA  91780


Karl Rex Brook Construction
2774 Sawtelle Blvd
Los Angeles, CA  90064


KCE Matrix
1648 W Glenoaks Blvd
Glendale, CA  91201


Larry Ivanjack Esq
Park Milliken Clark O'Hara Samuelian
555 S Flower St 30th Floor
Los Angeles, CA  90071


Laura Schwartz Design
23742 Fitzgerald St
West Hills, CA  91403


Lewis Abulafia
1731 Bruce Rd
Carlsbad, CA  92008


Lorraine Silver
1308 California Ave #34
Santa Monica, CA  90403


Mark R Poole Construction
PO Box 461
Tujunga, CA  91043


Maxine Geller
PO Box 675707
Rancho Sante Fe, CA  92067

MC Landcorp
132 W Ellis Ave
Inglewood, CA  90302


Melissa Harrub Alt Defined Benefit
Pension Plan
8928 Carson St
Culver City, CA  90232


Michael Glasser
122 Channel Point Mall
Marina Del Rey, CA  90292


NE Design
15118 La Maida St
Sherman Oaks, CA  91403


Newson Brown
2001 Wilshire Blvd Ste 301
Santa Monica, CA  90403


Nili Hudson
3440 Wade St
Los Angeles, CA  90066


Ontario Refrigeration
6002 San Fernando Rd
Glendale, CA  91202


Paula Abulafia
1731 Bruce Rd
Carlsbad, CA  92008


Penhall Company
1801 Penhall Way
Anaheim, CA  92801

Performance Elevator
457 W Allen Ave Ste 113
San Dimas, CA   91773


Pico Cabinets & Contracting Inc
2910 Nebraska Ave
Santa Monica, CA   90404


Queenie Properties LLC
415 7th St
Santa Monica, CA   90402


Rebecca W Stocker
1138 20th St #9
Santa Monica, CA   90403


Richard Ormond Esq
1000 Wilshire Blvd Suite 1500
Los Angeles, CA   90017


Rick's Gate Works
8724 Remmet Ave91304-1528
Canoga Park, CA   91304


Rolling Stone Tile & Marble
413 S Central Ave #A137
Glendale, CA   91204


Roma Flooring Designs
1440-6 MS State College Blvd
Anaheim, CA   92806


Ron F Smith
169 N Canyon View Dr
Los Angeles, CA   90049

Rosanna Locke
2650 33rd St
Santa Monica, CA  90405


Sandra Gottlieb
Swedelson & Gottlieb
11900 West Olympic Blvd Ste 700
Los Angeles, CA  90064


Shilyansky MD Inc
Defined Benefit Pension Plan
803 Winston Ave
San Marino, CA  91108


Sign Zone
4873 Melrose Ave
Los Angeles, CA  90029


Six14 Productions
1342 12th Ave
Los Angeles, CA  90019


Stanley Goldenberg
841 Stanford
Santa Monica, CA  90403


Star Construction
19400 Enadia Way
Reseda, CA  91335


Steve Revit
Raiskin & Revitz
2049 Century Park East Ste 3110
Los Angeles, CA  90067

Stewart Default Services
7676 Hazard Center Dr #820
San Diego, CA  92108


Subsurface Imaging Inc
3645 Inglewood Ave
Redondo Beach, CA  90278


Survivors Trust Under
The Diamond-Johnson Familty Trust
12244 Dorothy St
Los Angeles, CA  90049


Tamkin Family Ltd Partnership
2100 Sawtelle Blvd Ste 201
Los Angeles, CA  90025


The Floor Club
8431 Canoga Ave Ste A
Canoga Park, CA  91304


Thunder E Services Inc
4620 Tobias Ave
Sherman Oaks, CA  91403


Tycho Services
4405 Riverside Dr Ste 101
Burbank, CA  91505


Ultimate Painting Services
23849 Minnequa Dr
Diamond Bar, CA  91765


Valley Alarm
8111 San Fernando Rd
Sun Valley, CA  91352

Veneklasen Associates
1711 16th St
Santa Monica, CA  90404


Veronica Klein
979 S Carmelina Ave
Los Angeles, CA  90049


Vertical Solutions Inc
7428 Redwood Blvd Ste 101
Novato, CA  94945


WDHI
14751 Gledhill Street
Panorama City, CA  91402


William Litvak
11500 W Olympic Blvd Suite 550
Los Angeles, CA  90064-1524

Roma Flooring Designs
1440-6 MS State College Blvd
Anaheim, CA  92806

Ron F Smith
169 N Canyon View Dr
Los Angeles, CA  90049

Rosanna Locke
2650 33rd St
Santa Monica, CA  90405

Sandra Gottlieb
Swedelson & Gottlieb
11900 West Olympic Blvd Ste 700
Los Angeles, CA  90064

Shilyansky MD Inc
Defined Benefit Pension Plan
803 Winston Ave
San Marino, CA  91108

Sign Zone
4873 Melrose Ave
Los Angeles, CA  90029

Six14 Productions
1342 12th Ave
Los Angeles, CA  90019

Stanley Goldenberg
841 Stanford
Santa Monica, CA  90403

Star Construction
19400 Enadia Way
Reseda, CA   91335


Steve Revit
Raiskin & Revitz
2049 Century Park East Ste 3110
Los Angeles, CA   90067


Stewart Default Services
7676 Hazard Center Dr #820
San Diego, CA   92108


Subsurface Imaging Inc
3645 Inglewood Ave
Redondo Beach, CA   90278


Survivors Trust Under
The Diamond-Johnson Familty Trust
12244 Dorothy St
Los Angeles, CA   90049


Tamkin Family Ltd Partnership
2100 Sawtelle Blvd Ste 201
Los Angeles, CA   90025


The Floor Club
8431 Canoga Ave Ste A
Canoga Park, CA   91304


Thunder E Services Inc
4620 Tobias Ave
Sherman Oaks, CA   91403

Tycho Services
4405 Riverside Dr Ste 101
Burbank, CA   91505


Ultimate Painting Services
23849 Minnequa Dr
Diamond Bar, CA   91765


Valley Alarm
8111 San Fernando Rd
Sun Valley, CA   91352


Veneklasen Associates
1711 16th St
Santa Monica, CA   90404


Veronica Klein
979 S Carmelina Ave
Los Angeles, CA   90049


Vertical Solutions Inc
7428 Redwood Blvd Ste 101
Novato, CA   94945


WDHI
14751 Gledhill Street
Panorama City, CA   91402