B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                            Case No. **2:11-bk-20225-PC**

Elm Street Partners, LLC                                          Chapter **11**
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 318,418.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $ 17,316,855.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 225,047.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 19 | $ 318,418.00 | $ 17,541,903.23 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Elm Street Partners, LLC

Case No. **2:11-bk-20225-PC**

_____
Debtor(s)                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Twenty-nine (29) unit condominium development located at 304 S. Elm Drive, Beverly Hills, California** | | | **unknown** | **17,316,855.81** |
| | | TOTAL | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Elm Street Partners, LLC                                   Case No. **2:11-bk-20225-PC**
_____                              _____
                    Debtor(s)                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit in Mara Escrow towards future HOA fees** | | **90,000.00** |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Elm Street Partners, LLC

Debtor(s)

Case No. 2:11-bk-20225-PC

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Judgment against MDR Flooring and Abel David; collectibility unknown** | | **228,418.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Elm Street Partners, LLC**
_____
Debtor(s)

Case No. **2:11-bk-20225-PC**
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **318,418.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Elm Street Partners, LLC** _____    Case No. **2:11-bk-20225-PC**
                                      Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

**IN RE** Elm Street Partners, LLC
_____
Debtor(s)               (If known)

Case No. **2:11-bk-20225-PC**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Clifford Muller**<br>**14200 Ventura Blvd., Ste. 206**<br>**Sherman Oaks, CA  91423** | | | **Fourth deed of trust loan on Elm Drive property; 11/2009**<br><br><br>VALUE $ | | | | **140,000.00** | **140,000.00** |
| ACCOUNT NO.<br><br>**Construction Management And Supervision**<br>**14200 Ventura Blvd., #206**<br>**Sherman Oaks, CA  91423** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br><br>VALUE $ | | | | **198,320.05** | **198,320.05** |
| ACCOUNT NO.<br><br>**Michael S. Robinson**<br>**Anderson, McPharlin & Conners LLP**<br>**444 S Flower St., 31st Floor**<br>**Los Angeles, CA  90071** | | | **Assignee or other notification for: Construction Management And Supervision**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Phillip H. Kwon**<br>**Kwon & Kim**<br>**3440 Wilshire Blvd. Suite 1208**<br>**Los Angeles, CA  90010** | | | **Assignee or other notification for: Construction Management And Supervision**<br><br><br>VALUE $ | | | | | |

___**5**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ **338,320.05** | $ **338,320.05** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Elm Street Partners, LLC

Case No. **2:11-bk-20225-PC**

_____Debtor(s)_____    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Craig Fire Protection Co., Inc. 1044 W. First St. Pomona, CA 91766** | | | **Construction Debt with Mechanic's Lien against Elm Drive property** <br><br> VALUE $ | | | | 10,790.71 | 10,790.71 |
| ACCOUNT NO. **Eaglestone Pacific 15942 Arminta St. Van Nuys, CA 91406** | | | **Construction Debt with Mechanic's Lien against Elm Drive property** <br><br> VALUE $ | | | | 16,108.00 | 16,108.00 |
| ACCOUNT NO. **Express Flooring 2000 dba Roma Flooring 1440 S. State College Blvd., #6M Anaheim, CA 92806** | | | **Construction Debt with judgment lien against Elm Drive Property** <br><br> VALUE $ | | | | 61,149.00 | 61,149.00 |
| ACCOUNT NO. **Douglas T. Richardson 5753G Santa Ana Cyn Rd., #6200 Anaheim, CA 92807** | | | **Assignee or other notification for: Express Flooring 2000 dba Roma Flooring** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **Roma Flooring Designs 1440-6 MS State College Blvd. Anaheim, CA 92806** | | | **Assignee or other notification for: Express Flooring 2000 dba Roma Flooring** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **FDM Construction** | | | **Construction Debt with Mechanic's Lien against Elm Drive property** <br><br> VALUE $ | | | | 4,500.00 | 4,500.00 |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **92,547.71** | $ **92,547.71**

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Elm Street Partners, LLC                                                                   Case No. **2:11-bk-20225-PC**
_____                                      _____
Debtor(s)                                                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Citizens Bank**<br>**1801 Century Park East**<br>**Los Angeles, CA  90067** | X | | **First deed of trust loan on Elm Drive property; 5/2007**<br><br><br>VALUE $ | | | | 16,426,036.00 | 16,426,036.00 |
| ACCOUNT NO.<br><br>**James Guthrie, Jr.**<br>**Charter Equities Group**<br>**3146 Redhill Ave., Ste. 200**<br>**Costa Mesa, CA  92626** | | | **Assignee or other notification for: First Citizens Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Larry Ivanjack, Esq.**<br>**Park Milliken Clark O'Hara Samuelian**<br>**555 S. Flower St., 30th Floor**<br>**Los Angeles, CA  90071** | | | **Assignee or other notification for: First Citizens Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Richard Ormond, Esq.**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA  90017** | | | **Assignee or other notification for: First Citizens Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Stewart Default Services**<br>**7676 Hazard Center Dr., #820**<br>**San Diego, CA  92108** | | | **Assignee or other notification for: First Citizens Bank**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**William Litvak**<br>**11500 W. Olympic Blvd., Suite 550**<br>**Los Angeles, CA  90064-1524** | | | **Assignee or other notification for: First Citizens Bank**<br><br><br>VALUE $ | | | | | |

Sheet no. ___**2**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $  16,426,036.00   $  16,426,036.00

Total
(Use only on last page)   $                      $

(Report also on
Summary of
Schedules.)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and Related
Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Elm Street Partners, LLC

Debtor(s)

Case No. **2:11-bk-20225-PC**

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hakim Electric<br>5618 Venice Blvd.<br>Los Angeles, CA 90019** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 19,068.32 | 19,068.32 |
| ACCOUNT NO.<br>**Joe And Caron Block<br>716 26th Street<br>Santa Monica, CA 90402** | | | **Second deed of trust loan on Elm Drive property; 7/2008**<br><br>VALUE $ | | | | 50,000.00 | 50,000.00 |
| ACCOUNT NO.<br>**Joseph D. Block<br>9200 W. Sunset Blvd., 9th Floor<br>Los Angeles, CA 90069** | | | **Third deed of trust loan on Elm Drive property; 8/2008**<br><br>VALUE $ | | | | 85,000.00 | 85,000.00 |
| ACCOUNT NO.<br>**Karl Brook<br>Dba Karl Rex Brook Construction<br>2774 Sawtelle Blvd.<br>Los Angeles, CA 90064** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 154,132.70 | 154,132.70 |
| ACCOUNT NO.<br>**Phillip H. Kwon<br>Kwon & Kim<br>3440 Wilshire Blvd. Suite 1208<br>Los Angeles, CA 90010** | | | **Assignee or other notification for:<br>Karl Brook**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Loreno Leandro<br>Dba Ultimate Painting Services<br>23849 Minnequa Dr.<br>Diamond Bar, CA 91765** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 55,963.03 | 55,963.03 |

Sheet no. **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **364,164.05** | $ **364,164.05**

Total
(Use only on last page) $          | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE Elm Street Partners, LLC

Case No. **2:11-bk-20225-PC**

_____
Debtor(s)

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Phillip H. Kwon** <br> **Kwon & Kim** <br> **3440 Wilshire Blvd. Suite 1208** <br> **Los Angeles, CA  90010** | | | Assignee or other notification for: Loreno Leandro <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Mark R. Poole Construction** <br> **P.O. Box 461** <br> **Tujunga, CA  91043** | | | **Construction Debt with Mechanic's Lien against Elm Drive property** <br><br> VALUE $ | | | | **2,270.00** | **2,270.00** |
| ACCOUNT NO. <br><br> **Ontario Refrigeration Service Inc.** <br> **6002 San Fernando Rd.** <br> **Glendale, CA  91202** | | | **Construction Debt with Mechanic's Lien against Elm Drive property** <br><br> VALUE $ | | | | **45,619.00** | **45,619.00** |
| ACCOUNT NO. <br><br> **Michael S. Robinson** <br> **Anderson, McPharlin & Conners LLP** <br> **444 S Flower St., 31st Floor** <br> **Los Angeles, CA  90071** | | | Assignee or other notification for: Ontario Refrigeration Service Inc. <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Randall J. Pitre** <br> **Pitre & Teunisse, Inc,** <br> **P.O. Box 186** <br> **San Dimas, CA  91773** | | | Assignee or other notification for: Ontario Refrigeration Service Inc. <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> **Penhall Company** <br> **1801 Penhall Way** <br> **Anaheim, CA  92801** | | | **Construction Debt with Mechanic's Lien against Elm Drive Property** <br><br> VALUE $ | | | | **2,550.00** | **2,550.00** |

Sheet no. __**4**__ of __**5**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **50,439.00** | $ **50,439.00**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Elm Street Partners, LLC                  Case No. **2:11-bk-20225-PC**

         Debtor(s)                                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pico Cabinets & Contracting, Inc.**<br>**2910 Nebraska Ave.**<br>**Santa Monica, CA  90404** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 9,122.00 | 9,122.00 |
| ACCOUNT NO.<br><br>**Rolling Stone Tile & Marble**<br>**413 S. Central Ave., #A137**<br>**Glendale, CA  91204** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 9,437.00 | 9,437.00 |
| ACCOUNT NO.<br><br>**Valley Alarm**<br>**8111 San Fernando Rd.**<br>**Sun Valley, CA  91352** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 7,925.00 | 7,925.00 |
| ACCOUNT NO.<br><br>**Vertical Solutions, Inc.**<br>**7428 Redwood Blvd., Ste. 101**<br>**Novato, CA  94945** | | | **Construction Debt with Mechanic's Lien against Elm Drive property**<br><br>VALUE $ | | | | 18,865.00 | 18,865.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **45,349.00**    $ **45,349.00**

Total
(Use only on last page)    $ **17,316,855.81**    $ **17,316,855.81**

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

**IN RE** Elm Street Partners, LLC

Debtor(s)

Case No. **2:11-bk-20225-PC**

(If known)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

**IN RE** Elm Street Partners, LLC

Debtor(s) (If known)

Case No. **2:11-bk-20225-PC**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AJ Plumbing**<br>**1109 N. La Brea Ave.**<br>**Inglewood, CA  90302** | | | **Construction costs relating to Elm Drive property** | | | | **7,600.00** |
| ACCOUNT NO.<br><br>**Allen Robert Block**<br>**1880 Century Park East, Ste. 415**<br>**Los Angeles, CA  90067** | | | **Unpaid legal fees** | | | | **4,500.00** |
| ACCOUNT NO.<br><br>**Altered Glass, Inc.**<br>**661 Imperial St.**<br>**Los Angeles, CA  90021** | | | **Trade debt** | | | | **6,168.00** |
| ACCOUNT NO.<br><br>**Andy Gump**<br>**26410 Summit Circle**<br>**Santa Clarita, CA  91350** | | | **Trade debt** | | | | **206.83** |

**4** continuation sheets attached

Subtotal
(Total of this page) $ **18,474.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Elm Street Partners, LLC

Debtor(s)

Case No. **2:11-bk-20225-PC**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brothers Concrete Cutting**<br>13316 Berg Street<br>Sylmar, CA  91345 | | | **Construction costs relating to Elm Drive property** | | | | 750.00 |
| ACCOUNT NO.<br>**CJ Design Group**<br>163950 Calahan St.<br>Northridge, CA  91343 | | | **Trade debt** | | | | 154.53 |
| ACCOUNT NO.<br>**Emanuel Napolitano**<br>16218 Halin St.<br>Lake Balboa, CA  91406 | | | **Trade debt** | | | | 12,400.00 |
| ACCOUNT NO.<br>**Imperial Windows & Doors**<br>8588 Washington Blvd.<br>Culver City, CA  90232 | | | **Trade debt** | | | | 10,490.07 |
| ACCOUNT NO.<br>**IZ Construction, Inc.**<br>12165 Branford St. #Q<br>Sun Valley, CA  91352 | | | **Construction costs relating to Elm Drive property** | | | | 12,962.65 |
| ACCOUNT NO.<br>**JAD Roofing**<br>10929 Vanowen St., Ste. 134<br>North Hollywood, CA  91605 | | | **Construction costs relating to Elm Drive property** | | | | 450.00 |
| ACCOUNT NO.<br>**Jeffrey Segal**<br>9200 West Sunset Blvd., 9th Floor<br>Los Angeles, CA  90069 | | | **Unpaid legal fees** | | | | 90,000.00 |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **127,207.25**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Elm Street Partners, LLC**

Debtor(s)

Case No. **2:11-bk-20225-PC**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JZ Terrazzo**<br>**9503 Gidley St.**<br>**Temple City, CA  91780** | | | **Trade debt** | | | | 1,264.00 |
| ACCOUNT NO.<br>**KCE Matrix**<br>**1648 W. Glenoaks Blvd.**<br>**Glendale, CA  91201** | | | **Trade debt** | | | | 8,222.13 |
| ACCOUNT NO.<br>**Laura Schwartz Design**<br>**23742 Fitzgerald St.**<br>**West Hills, CA  91403** | | | **Trade Debt** | | | | 3,200.00 |
| ACCOUNT NO.<br>**MC Landcorp**<br>**132 W. Ellis Ave.**<br>**Inglewood, CA  90302** | | | **Trade debt** | | | | 3,364.60 |
| ACCOUNT NO.<br>**NE Design**<br>**15118 La Maida St.**<br>**Sherman Oaks, CA  91403** | | | **Construction costs relating to Elm Drive property** | | | | 1,326.00 |
| ACCOUNT NO.<br>**Newson Brown**<br>**2001 Wilshire Blvd. Ste. 301**<br>**Santa Monica, CA  90403** | | | **Trade debt** | | | | 262.50 |
| ACCOUNT NO.<br>**Performance Elevator**<br>**457 W. Allen Ave., Ste. 113**<br>**San Dimas, CA  91773** | | | **Trade debt** | | | | 1,623.00 |

Sheet no. **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,262.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Elm Street Partners, LLC**                                    Case No. **2:11-bk-20225-PC**

                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rick's Gate Works**<br>**8724 Remmet Ave.91304-1528**<br>**Canoga Park, CA  91304** | | | **Trade debt** | | | | **882.30** |
| ACCOUNT NO.<br>**Sandra Gottlieb**<br>**Swedelson & Gottlieb**<br>**11900 West Olympic Blvd., Ste. 700**<br>**Los Angeles, CA  90064** | | | **Unpaid legal fees** | | | | **3,000.00** |
| ACCOUNT NO.<br>**Sign Zone**<br>**4873 Melrose Ave.**<br>**Los Angeles, CA  90029** | | | **Trade debt** | | | | **4,013.86** |
| ACCOUNT NO.<br>**Six14 Productions**<br>**1342 12th Ave.**<br>**Los Angeles, CA  90019** | | | **Trade debt** | | | | **400.00** |
| ACCOUNT NO.<br>**Star Construction**<br>**19400 Enadia Way**<br>**Reseda, CA  91335** | | | **Construction costs relating to Elm Drive property** | | | | **600.00** |
| ACCOUNT NO.<br>**Steven J. Revitz**<br>**Raiskin & Revitz**<br>**2049 Century Park East, Ste. 3110**<br>**Los Angeles, CA  90067** | | | **Unpaid legal fees** | | | | **21,838.57** |
| ACCOUNT NO.<br>**Subsurface Imaging, Inc.**<br>**3645 Inglewood Ave.**<br>**Redondo Beach, CA  90278** | | | **Trade debt** | | | | **750.00** |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **31,484.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE Elm Street Partners, LLC                                                   Case No. **2:11-bk-20225-PC**
_____                                         _____
                 Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Swedelson & Gottlieb**<br>**11900 W. Oympic Blvd., Suite 700**<br>**Los Angeles, CA  90064** | X | | **Judgment** | | | | **3,399.00** |
| ACCOUNT NO.<br>**Association Lien Services**<br>**P.O. Box 64750**<br>**Los Angeles, CA  90064** | | | **Assignee or other notification for:**<br>**Swedelson & Gottlieb** | | | | |
| ACCOUNT NO.<br>**The Floor Club**<br>**8431 Canoga Ave., Ste. A**<br>**Canoga Park, CA  91304** | | | **Trade debt** | | | | **19,938.38** |
| ACCOUNT NO.<br>**Thunder E. Services, Inc.**<br>**4620 Tobias Ave.**<br>**Sherman Oaks, CA  91403** | | | **Trade debt** | | | | **unknown** |
| ACCOUNT NO.<br>**Tycho Services**<br>**4405 Riverside Dr., Ste. 101**<br>**Burbank, CA  91505** | | | **Trade debt** | | | | **2,431.00** |
| ACCOUNT NO.<br>**Veneklasen Associates**<br>**1711 16th St.**<br>**Santa Monica, CA  90404** | | | **Trade debt** | | | | **2,350.00** |
| ACCOUNT NO.<br>**WDHI**<br>**14751 Gledhill Street**<br>**Panorama City, CA  91402** | | | **Trade Debt** | | | | **500.00** |

Sheet no. ___**4**___ of ___**4**___ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                        (Total of this page) | $ **28,618.38**

                                                                                            Total
                                            (Use only on last page of the completed Schedule F. Report also on
                                            the Summary of Schedules, and if applicable, on the Statistical
                                            Summary of Certain Liabilities and Related Data.) | $ **225,047.42**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Elm Street Partners, LLC

Debtor(s)

Case No. **2:11-bk-20225-PC**

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Elm Street Partners, LLC       Case No. **2:11-bk-20225-PC**

             Debtor(s)                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **304 South Elm Drive HOA**<br>**415 7th St.**<br>**Santa Monica, CA  90402** | **Swedelson & Gottlieb**<br>**11900 W. Oympic Blvd., Suite 700**<br>**Los Angeles, CA  90064** |
| **Brian Stocker**<br>**1138 20th St., #9**<br>**Santa Monica, CA  90403** | **First Citizens Bank**<br>**1801 Century Park East**<br>**Los Angeles, CA  90067** |
| **Denis Hann**<br>**415 7th St.**<br>**Santa Monica, CA  90402** | **First Citizens Bank**<br>**1801 Century Park East**<br>**Los Angeles, CA  90067** |
| **Mary Kane**<br>**415 7th St.**<br>**Santa Monica, CA  90402** | **First Citizens Bank**<br>**1801 Century Park East**<br>**Los Angeles, CA  90067** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Elm Street Partners, LLC** _____      Case No. **2:11-bk-20225-PC** _____
Debtor(s)                                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                                          Debtor

Date: _____        Signature: _____
                                                                                              (Joint Debtor, if any)
                                                                           [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of Queenie Properties, LLC, Manager of ELM STREET PARTNERS, LLC** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Elm Street Partners, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **20** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 23, 2011** _____        Signature: _____

**Denis Hann** _____
                                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.